TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00072-CV

Charles Childers, Appellant

v.

Janis N. Robbins, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 97-14174, HONORABLE ERNEST C. GARCIA, JUDGE PRESIDING 

PER CURIAM

 Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on March 25, 1999. 
Accordingly, appellant's brief was due on April 26, 1999. 

 By letter dated June 21, 1999, the Clerk of this Court notified the parties that the
appeal was subject to dismissal for want of prosecution unless appellant filed a brief by July 2,
1999, or tendered a motion for extension of time reasonably explaining the failure to do so. On
June 29, 1999, appellant submitted a motion for extension of time to file appellant's brief with this
Court. The motion contained neither the required filing fee, the certificate of service, nor the
certificate of conference. By letter dated September 17, 1999, and again on September 30, 1999,
after ascertaining appellant's recent change of address, the Clerk of this Court notified the parties
of these omissions and that the filing fee, certificate of service, and certificate of conference were
due to be filed in this Court by October 11, 1999, or the motion for extension of time would be
dismissed and the appeal may be subject to dismissal for want of prosecution. Appellant
responded in a letter filed in this Court on October 11, 1999, failing to submit the filing fee,
certificate of service, and certificate of conference. 

 Accordingly, the motions for extension of time to file appellant's brief are
dismissed. Without a valid motion for extension of time to file appellant's brief, appellant's brief
remains past due.

 We dismiss the appeal for failure to comply with the request of the Clerk of this
Court and for want of prosecution on our own motion. Id. 42.3(b), (c).

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed for Want of Prosecution

Filed: October 28, 1999

Do Not Publish